1  Carolyn D. Phillips,  #103045
   Attorney at Law
2  P.O. Box 5622
   Fresno, California  93755-5722
3  Telephone: (559)248-9833

4  cdp18@sbcglobal.net

5  Attorney for Defendant JOSEPH GOVER

6
              **IN THE UNITED STATES DISTRICT COURT**
7
            **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

9
   UNITED STATES OF AMERICA,           Case No. 1:22-po-192 SAB
10
        *Plaintiff*,                   STIPULATION TO CONTINUE STATUS
                                       CONFERENCE RE CVB CITATION
11      v.                             FROM DECEMBER 15, 2022, TO
                                       FEBRUARY 15, 2023
12 JOSEPH GOVER,

13      *Defendant.*

14 ─────────────────────────────

15     The parties, through their respective counsel, Chan Hee Chu, Special Assistant

16 United States Attorney, counsel for the government, and Carolyn Phillips, counsel for

17 the defendant, Joseph Gover, hereby stipulate and jointly move this Court to continue

18 Mr. Gover's Status Conference from December 15, 2022, to February 15, 2023, at 10:00

19 a.m., to permit defense time for additional investigation and preparation, and for the

20 parties to discuss resolution options.  The government has provided discovery to

21 defense counsel who has been in contact with Mr. Gover; however, Mr. Gover resides in

22

23 *Stipulation to Continue Status Conference to February 15, 2023*

1   Sequoia National Park and the methods of communication have been adversely

2   impacted by the weather, making internet and telephone communication sporadic and

3   unreliable.                                                  Respectfully submitted,

4
                                                    PHILLIP A. TALBERT
5                                                   United States Attorney

6   Dated:  December 7, 2022                        /s/  Chan Hee Chu
                                                    CHAN HEE CHU
7                                                   Special Assistant U.S. Attorney

8   Dated:  December 7, 2022                        /s/ Carolyn Phillips
                                                    CAROLYN PHILLIPS
9                                                   Attorney for Defendant
                                                    JOSEPH GOVER

10

11                                      **ORDER**

12
           **GOOD CAUSE APPEARING**, the above stipulation to continue the status
13
    conference in case 1:22-po-192 to February 16, 2023 at 10:00 am, is hereby accepted and
14
    adopted as the order of this Court.  The defendant is ordered to appear.

15
        IT IS SO ORDERED.
16
        Dated:   **December 7, 2022**
17                                        UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23
    *Stipulation to Continue Status Conference to February 15, 2023*