Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Joseph Gover

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-po-192 |
| *Plaintiff,* | STIPULATION TO CONTINUE STATUS CONFERENCE RE CVB CITATION TO APRIL 20, 2023; ORDER |
| v. | |
| JOSEPH GOVER, | |
| *Defendant.* | |

The parties have conferred regarding the status of this case.  The parties agree that the status conference currently set for March 16, 2023, should be continued to April 20, 2023.  Additional time is necessary to allow the parties further time to investigate the pending charges, and to discuss possible resolution.

On February 16, 2023, this Court set a status conference for March 16, 2023, stating that if no resolution was reached at the March 16, 2023, hearing, a trial is to be set.   While a resolution has not yet been reached, the parties are in discussions with the likelihood of a resolution.

*Stipulation to Continue Status Conference and Set for Trial or Plea*

1

1  Mr. Gover remains out of custody.  A Rule 43 waiver was granted for the March 16, 2023 status conference.  ECF 13.

Dated:  March 9, 2023                                    Respectfully submitted,

/s/Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for
JOSEPH GOVER


PHILLIP A. TALBERT
Acting United States Attorney


Dated:  March 9, 2023                                    /s/ Chan Hee Chu
CHAN HEE CHU
Special Assistant U.S. Attorney


## ORDER

**GOOD CAUSE APPEARING**, the above stipulation to continue the status conference in case 1:22-po-192 to April 20, 2023, and to set for trial or plea on that date is hereby accepted and adopted as the order of this Court. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:  **March 8, 2023**                                    _____
UNITED STATES MAGISTRATE JUDGE

*Stipulation to Continue Status Conference and Set for Trial or Plea*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

*Stipulation to Continue Status Conference and Set for Trial or Plea*

3