# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>JOSEPH M. GOVER,<br><br>        Defendant. | Case No. 1:22-po-192<br><br>**DEFENDANT'S UPDATED STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits an updated status report on unsupervised probation:

**Convicted of:** 36 CFR § 2.35(c)

**Sentence Date:** April 20, 2023

**Review Hearing Date:** February 15, 2024

**Probation Expires On:** April 20, 2024

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $540.00 which Total Amount is made up of a Fine: $ 500.00 Special Assessment: $ 10.00   Processing Fee: $ 30.00 Restitution: $

☒ Payment schedule of $ 54.00 per month by the 15th of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Participate in AA, three sessions per month, for no less than one hour each session, while on probation. Refrain/not possess alcohol if living alone, and to advise any roommate he is not allowed to consume/have alcohol while on probation.

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

      If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $540.00, a money order in the amount of $5.40 for late fees was mailed 2/2/2024
    ☐ If not paid in full when was last time payment:  Date:  Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☒ Compliance with Other Conditions of Probation: Defendant has complied with alcohol restrictions and AA attendance as set forth in his Declaration attached hereto.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Chan Hee Chu

**DEFENDANT'S REQUEST (OPTIONAL):**

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/15/2024 at 10 A.M. Choose an item.

    ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

Dated:  2/5/2024

/s/ Carolyn D. Phillips  
Carolyn D. Phillips_____  
Attorney for Defendant

Dated:  2/5/2024

PHILLIP A. TALBERT  
U.S. Attorney

By: /s/ Chan Hee Chu_  
Chan Hee Chu  
Assistant U.S. Attorney  
Attorney for Plaintiff

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **February 12, 2024**

_____  
UNITED STATES MAGISTRATE JUDGE